**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MALAIKA WILLIAMS | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 2:26-cv-03717 |
| | : | |
| LENOVO (UNITED STATES), INC. | : | |
| | : | |
| Defendant. | : | |
| | : | |
| | : | |

**NOTICE OF REMOVAL**

Defendant, Lenovo (United States) Inc., ("Lenovo") files this Notice of Removal of the above-titled action from the Philadelphia County Court of Common Pleas, in which it is now pending, to the United States District Court for the Eastern District of Pennsylvania based upon diversity jurisdiction under 28 U.S.C. §§ 1332(a), 1441(b), 1446(b)(3), and 1446(c)(3)(A). In support thereof, Lenovo avers as follows:

**Procedural Background and Relevant Facts**

1. In accordance with 28 U.S.C. § 1446(a), copies of all other process, pleadings, and orders served upon Lenovo are attached collectively. (*See* State Court Copies, Exhibit "A.").

2. On or about March 27, 2026, Plaintiff filed a Complaint in the Philadelphia County Court of Common Pleas, entitled *Malaika Willaims v. Lenovo United States Inc*, and docketed at 260304052. (*See* Plaintiff's Complaint, Exhibit "B.").

3. Lenovo was served with the Complaint on April 1, 2026. (*See* Ex. "A", at pp. 79-80).

4. Plaintiff's initial Complaint asserted breach of express and implied warranties, violation of the Pennsylvania Unfair Trade Practices and Consumer Protection Law, fraudulent

#20464290-1

misrepresentation negligent misrepresentation, unjust enrichment, negligent infliction of emotional distress, attorney's fees, punitive damages, lost profits resulting from an allegedly defective product manufactured, sold and/or supplied by Lenovo. (*See* Ex. "B", at ¶¶ 56- 99.).[1]

5.    On May 12, 2026, Plaintiff filed a Motion for Leave to File an Amended Complaint. (*See* Plaintiff's Motion for Leave to File Amend. Compl., Exhibit "C.").

6.    Within Plaintiff's Motion for Leave to File an Amended Complaint, Plaintiff attached an Exhibit "1", i.e., Plaintiff's First Amended Complaint, which Plaintiff specifically enumerates her damages exceeding the sum or value of $75,000.00 in the amount of at least as $76,499.00, exclusive of interest and costs, as follows: (1) "Compensatory damages… including the purchase price of the Yoga (**$1,499.00**)"; (2) "all other actual and consequential damages flowing from Defendant's breach of warranties and unlawful conduct, in a total amount **in excess of… ($50,000**)"; (3) "[d]amages for emotional distress in the amount of… (**$25,000**)"; (4), punitive and treble damages, and "[s]uch other and further relief." (*See* Ex. "C", at pp. 37, *Section V. Prayer for Relief*, (a)-(h).). (**emphasis added**).

7.    Under 28 U.S.C. Sections 1332(a), 1441(b), 1446(b)(3), and 1446(c)(3)(A), this action is now removable because within the motion package, which attached Plaintiff's Amended Complaint is a "other paper", shows both complete diversity of citizenship between the parties and avers an amount in controversy that exceeds the sum or value of $75,000.00, in the amount of at least $76,499.00, exclusive of interest and costs.  28 U.S.C. §§ 1332(a), 1441(b), 1446(b)(3), and 1446(c)(3)(A).

---

[1] Plaintiffs' Amended Complaint, discussed below, generally asserts the same causes of action as follows, **with new claim**: (1) breach of express warranty; (2) breach of implied warranty of merchantability; (3) violation of the Pennsylvania Unfair Trade Practices and Consumer Protection Law; (4) Fraudulent Misrepresentation; (5) **Fraudulent Concealment**; (6) Punitive Damages; (7) Unjust Enrichment; and (8) Negligent Infliction of Emotional Distress. (*See* Ex. "C", at 'Exhibit 1', ¶¶ 56-99.).

**The Notice of Removal is Timely**

8.      This notice of removal is timely because Lenovo first ascertained notice that the case is one which has become removable by Plaintiff's Motion for Leave to File an Amended Complaint that attached Plaintiff's Amended Complaint as an "other paper" under 28 U.S.C. Sections 1446(b)(3), and 1446(c)(3)(A) into the record of the State proceeding on May 12, 2026. 28 U.S.C. §§ 1446(b)(3), and 1446(c)(3)(A).

9.      Lenovo has filed the instant removal within thirty (30) days of ascertaining notice on May 12, 2026, pursuant to 28 U.S.C. Section 1446(b). 28 U.S.C. § 1446(b).

**Complete Diversity of Citizenship Exists**

10.     This is a civil action over which this Court has original jurisdiction under 28 U.S.C. Section 1332, and removal of this case is permitted based on diversity of citizenship and the amount in controversy pursuant to the provisions of 28 U.S.C. Sections 1332(a) and 1441(b). 28 U.S.C. §§ 1332(a) and 1441(b).

11.     Plaintiff is and was at the time of the filing the complaint a citizen of Pennsylvania and domiciled in Philadelphia, Pennsylvania. (*See* Ex. "A", at pp. 1 and 78 ("2639 Oakford St., Philadelphia, PA 19146"); *See also* Ex. "B", at ¶20 ("resides in Philadelphia"); *see also* Ex. "C", attaching 'Ex '1', at ¶1 ("residing in Philadelphia")); (*See also* a copy Plaintiff's other matter Eastern District of Pennsylvania Complaint filed August 19, 2025, entitled *Malaika Willaims, et al. v. Turo Inc.*, docketed at 2:25-cv-04849, Exhibit "D", at ¶2 ("Plaintiff[] [is] (a) **citizen[] of Philadelphia**, Pennsylvania.") (**emphasis added**).

12.     Lenovo is a Delaware corporation with a principal place of business in North Carolina. (*See* Ex. "A", at pp. 11, ¶16; Ex. "B", at ¶ 16; *See also* Ex. "C", at ¶ 2.).

13.     Thus, Lenovo is a citizen of Delaware and North Carolina for purposes of diversity jurisdiction. 28 U.S.C. § 1332(c)(1).

14.     Accordingly, there is complete diversity of citizenship between Plaintiff (a citizen of Pennsylvania) and Lenovo (a citizen of Delaware and North Carolina) for removal pursuant to 28 U.S.C. Sections 1332(a), and 1441(b). 28 U.S.C. §§ 1332(a), and 1441(b).

## The Amount in Controversy is Met

15.     Here, Plaintiff's Amended Complaint attached to Plaintiff's Motion for Leave to File Amended Complaint constitutes a "other paper" that satisfies the amount-in-controversy by exceeding $75,000.00, by averring at least $76,499.00, exclusive of interest and costs. *See* Para. 6, *Supra*.

16.     Thus, the amount in controversy exceeds $75,000.00, exclusive of interest and costs under 28 U.S.C. Section 1332(a), thus removal is proper pursuant to 28 U.S.C. Sections 1441(b), 1446(b)(3) and 1446(c)(3)(A). 28 U.S.C. §§ 1441(b), 1446(b)(3) and 1446(c)(3)(A).

17.     Accordingly, this Court possesses original jurisdiction of this action and this action may be removed pursuant to 28 U.S.C. Sections 1332(a), 1441(a), and 1441(b). 28 U.S.C. §§ 1332(a), 1441(a), and 1441(b).

## Removal is Otherwise Proper

18.     Lenovo is the only defendant named in this action and consents to removal pursuant to 28 U.S.C. Section 1446(b)(2)(A). 28 U.S.C. § 1446(b)(2)(A).

19.     As required by 28 U.S.C. Section 1446(d), a copy of this Notice of Removal is being filed with the Prothonotary of the Philadelphia County Court of Common Pleas and written notice of the filing of this Notice of Removal will be given to Plaintiff via electronic mail and certified mailing. (*See* Notice of Filing Notice of Removal, Exhibit "E."). 28 U.S.C. § 1446(d).

#20464290-1

20.     Venue is proper because the Eastern District of Pennsylvania includes Philadelphia County, where the original action is pending.

21.     No admission of fact, law, or liability, is intended by this Notice of Removal, and all defenses, affirmative defenses, and motions are hereby reserved by Lenovo.

WHEREFORE, Defendant, Lenovo (United States) Inc., hereby removes the action entitled *Malaika Willaims v. Lenovo United States Inc*, and docketed at 260304052 with the Philadelphia County Court of Common Pleas, where it is currently pending, to the United States District Court for the Eastern District of Pennsylvania.

Respectfully submitted,

**RAWLE & HENDERSON LLP**

By: _____

John C. McMeekin II, Esquire
Pa. ID. No. 81250
Derek P. Schlax, Esquire
Pa. ID. No. 338275
Centre Square West
1500 Market Street, 19th Floor
Philadelphia, PA 19102
P. (215) 575-4200
JMcMeekin@rawle.com
dschlax@rawle.com

*Attorneys for Defendant,*
*Lenovo (United States) Inc.*

Date: May 31, 2026

#20464290-1

## <u>CERTIFICATE OF SERVICE</u>

I, Derek P. Schlax, Esq., hereby certify that on this 31st day of May 2026, I served a true and correct copy of the foregoing Defendant, Lenovo (United States) Inc.'s Notice of Removal upon the below Pro se Plaintiff via the Court's e-filing system, electronic mail, and certified mail with return receipt signature requested.

**Malaika Williams**
2639 Oakford St.
Philadelphia, PA 19146
PO Box 3809
malaikacivilsuits@gmail.com
*Pro se Plaintiff*

**RAWLE & HENDERSON LLP**

BY: _____
Derek P. Schlax, Esquire