**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MALAIKA WILLIAMS** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 26-3717** |
| | : | |
| **LENOVO (UNITED STATES) INC.** | : | |

# ORDER

**AND NOW**, this 27th day of October 2026, in considering defendant's motion to dismiss (**DI 14**), plaintiff's response in opposition (**DI 16**), and defendant's reply (**DI 17**), it is hereby **ORDERED** that the motion is **GRANTED IN PART AND DENIED IN PART** for the reasons outlined in the accompanying memorandum. Counts I, III, and IV are **DISMISSED WITH PREJUDICE**. Further, defendant is hereby **ORDERED** to file an answer with respect to Counts II and V within fourteen (14) days of this Order.

John F Murphy

**MURPHY, J.**